IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

XIAOJUN WANG,

                Plaintiff,

v.

JOHN DOE, AND 445.COM,

                Defendants.

Case No. 1:21-cv-00377

IN RE: 445. COM.

## ORDER OF DISMISSAL

Before the Court is Xiaojun Wang ("Plaintiff") and Defendant Richard Blair, ("Defendant") (collectively, the "Parties")'s Joint Motion to Dismiss.

The Court, having considered the Parties' Motion, finds that the Motion should be GRANTED.

IT IS ORDERED, ADJUDGED, AND DECREED that this matter is dismissed without prejudice.

IT IS FURTHER ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SO ORDERED.

July 29, 2021

Claude M. Hilton
USDJ